Pg. 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-CV-00861 |
| | ) | |
| WATER TOWER HOTEL, LLC f/k/a RITZ-CARLTON WATER TOWER, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Dismissal**

Under Rule 41(a)(1)(A)(i), plaintiff Mark Mendoza files this notice of dismissal and hereby dismisses this action without prejudice.

Dated: March 1, 2021.

Respectfully submitted,

/s/ Thomas R. Kayes
Thomas R. Kayes (Ill. Bar No. 6315461)
**Law Office of Thomas R. Kayes, LLC**
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
t. 708.722.2241
tom@kayes.law

Attorney for Plaintiff